UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
FILED

SOUTHERN DISTRICT OF TEXAS

JUL 1 3 2011

HOUSTON DIVISION

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. H-10-695-SS |
| | § | |
| | § | |
| ANDREA STEPTORE aka | § | |
| NEW ORLEANS | § | |

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Aggravated Bank Robbery)

On or about September 9, 2010, in the Southern District of Texas,

### ANDREA STEPTORE

defendant herein, along with others known and unknown to the grand jury, did aid and abet each

other and did by force, violence, and intimidation, take from the person and presence of another,

money belonging to and in the care, custody, control, management, and possession of the Prosperity

Bank, located at 2828 F.M. 1960 East, Houston, Texas, the deposits of which were then insured by

the Federal Deposit Insurance Corporation, and in the process of so doing put in jeopardy the life of

persons by the use of a dangerous weapon.

In violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

1

## COUNT TWO
### (Brandishing a Firearm During a Crime of Violence)

On or about September 9, 2010, in the Southern District of Texas,

### ANDREA STEPTORE

defendant herein, did knowingly use and carry a firearm, during and in relation to a crime of violence

for which he may be prosecuted in a court of the United States, to wit: robbery of a bank, in violation

of Title 18, United States Code, Section 2113(a), and in committing the violation, the defendant did

brandish said firearm.

In violation of Title 18, United States Code, section 924(c)(1)(A)(ii).

## COUNT THREE
### (Aggravated Bank Robbery)

On or about September 21, 2010, in the Southern District of Texas,

### ANDREA STEPTORE

defendant herein, along with others known and unknown to the grand jury, did aid and abet each

other and did by force, violence, and intimidation, attempt to take from the person and presence of

another, money belonging to and in the care, custody, control, management, and possession of the

Vista Bank Texas, located at14561 Northwest Freeway, Houston, Texas, the deposits of which were

then insured by the Federal Deposit Insurance Corporation, and in the process of so doing put in

jeopardy the life of persons by the use of a dangerous weapon.

In violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT FOUR
### (Brandishing a Firearm During a Crime of Violence)

On or about September 21, 2010, in the Southern District of Texas,

### ANDREA STEPTORE

defendant herein, did knowingly use and carry a firearm, during and in relation to a crime of violence

for which he may be prosecuted in a court of the United States, to wit: robbery of a bank, the deposits

of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18,

United States Code, Section 2113(a), and in committing the violation, the defendant did brandish said

firearm.

In violation of Title 18, United States Code, section 924(c)(1)(A)(ii).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code,

Section 981(a)(1)(C), the United States of America gives notice that upon conviction of Aggravated

Bank Robbery, as charged in Count One, the United States intends to forfeit all property which

constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Sections

2113(a) and (d), including, but not limited to: $24,903.00 in U.S. currency.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code,

Section 2461(c), the United States of America hereby gives notice that upon conviction of Possession

of a Firearm During a Crime of Violence, as charged in Counts Two and Four, all firearms and

ammunition involved in or used in a violation of Possession of a Firearm During a Crime of Violence

Title 18, United States Code, Sections 924(c)(1)(A)(ii), 924(c)(1)(A)(iii) are subject to forfeiture.

3

## SUBSTITUTE PROPERTY

In the event that any of the property subject to forfeiture as a result of any act or omission of a defendant:

a.      cannot be located upon exercise of due diligence;

b.      has been placed beyond the jurisdiction of the Court;

c.      has been transferred or sold to, or deposited with a third party;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

JOSE ANGEL MORENO
United States Attorney

By: _____
JENNIE L. BASILE
Assistant United States Attorney

4