U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA vs. ANDREA STEPTORE | NO. 4:10-CR-695-3 |
|---|---|

UNOPPOSED MOTION TO CONTINUE

Judge Gilmore:

Please continue the proceedings in this case for ninety days. The parties anticipate settling this case, and a continuance will help them do so.

I emailed a copy of this motion to Jennie Basile before filing it with this Court.

    Respectfully submitted,
    Bennett & Bennett, Lawyers
    By:

_____
Mark Bennett
735 Oxford Street
Houston, Texas 77007
Telephone: (713) 224-1747
Texas Bar Number 00792970
Lawyer for Defendant

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA<br>VS.<br>ANDREA STEPTORE | NO. 4:10-CR-695-3 |
|---|---|

ORDER ON
UNOPPOSED MOTION TO CONTINUE

On Mr. Steptore's motion, this case is continued until _____.

_____          _____
Date                                                                  Judge Presiding